# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 13, 2025

Lyle W. Cayce
Clerk

―――――――――

No. 25-50258
Summary Calendar

―――――――――

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

YONI ADALBERTO DUBON-MEJIA,

*Defendant—Appellant*.

―――――――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:24-CR-3313-1

―――――――――――――――――――――――――

Before KING, HAYNES, and HO, *Circuit Judges*.

PER CURIAM:[*]

Yoni Adalberto Dubon-Mejia pleaded guilty to one count of illegal reentry into the United States. He was sentenced within the advisory guidelines range to 12 months of imprisonment, to be followed by three years of supervised release. As his sole issue on appeal, he asserts that the

―――――――――――――――――――――

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50258

statement of reasons contains a clerical error that conflicts with the district court's oral pronouncement of his sentence.

Pursuant to Federal Rule of Criminal Procedure 36, "the [district] court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." FED. R. CRIM. P. 36; *see United States v. Illies*, 805 F.3d 607, 610 (5th Cir. 2015).  Here, the statement of reasons incorrectly states that Dubon-Mejia received an upward variance.

Accordingly, we AFFIRM the judgment of the district court but REMAND the case for the limited purpose of correcting the clerical error in the statement of reasons.